NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3022

ELIZABETH L. COUNCIL,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.


Michael L. Spekter, Michael L. Spekter, Attorney at Law, of Washington, DC, argued for petitioner.

Christopher A. Bowen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3022

ELIZABETH L. COUNCIL,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the       MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).       PH0831080265-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, DYK, and PROST, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>May 6, 2009</u>          <u>/s/ Jan Horbaly</u>
                              Jan Horbaly, Clerk